CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
SEP 19 2006
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEBORAH A. DOUGLASS,<br><br>                         *Plaintiff,*<br><br>v.<br><br>TIMOTHY SANOK, ET AL.,<br><br>                        *Defendants.* | CIVIL ACTION NO. 3:05-CV-00018<br><br><br>ORDER and OPINION<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Greene County Sheriff's Department's Motion to Dismiss, filed on March 15, 2006, and argued before the Court on September 14, 2006. Because the Defendant conceded that this defendant has Eleventh Amendment immunity and because there is no evidence to the contrary, this motion is hereby GRANTED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Sep. 19, 2006
Date

1