CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED for Charlottesville
OCT 1 1 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEBORAH A. DOUGLASS, *Plaintiff*, v. TIMOTHY SANOK, ET AL., *Defendants.* | CIVIL ACTION NO. 3:05-CV-00018<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on a Motion for Summary Judgment filed by Defendants Timothy Sanok and W.L. Morris on September 5, 2006 (docket entry no. 35). This motion was argued before the Court on September 14, 2006. For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

October 11, 2006
Date